IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES ROBERTS, | CV 26-108-M-KLD |
| Plaintiff, | |
| vs. | **ORDER** |
| UNUM Life Insurance Company of America, | |
| Defendant. | |

Plaintiff has filed a motion for an order allowing Glenn R. Kantor to appear *pro hac vice* in this case with Dylan McFarland designated as local counsel. (Doc. 3.) The application of Mr. Kantor  appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiff's motion to allow Mr. Kantor to appear in this Court (Doc. 3) is **GRANTED**, subject to the following conditions:

1.     Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.     Mr. Kantor must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.     Admission is personal to Mr. Kantor, not the law firm he works for;

4.      Mr. Kantor shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.      Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Kantor must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 21st day of July, 2026.

 

_____
Kathleen L. DeSoto
United States Magistrate Judge