IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

JAMES ROBERTS,

Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

CV 26-108-M-KLD

ORDER

Defendant Unum Life Insurance Company of America has filed a motion for an order allowing Jenny H. Wang to appear *pro hac vice* in this case with Eric M. Brooks designated as local counsel. (Doc. 9.) The application of Ms. Wang appears to be in compliance with L.R. 83.1(d). Accordingly,

IT IS ORDERED:

Defendant's motion to allow Ms. Wang to appear in this Court (Doc. 9) is GRANTED, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Wang must do her own work. She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Ms. Wang, not the law firm she works for;

4. Ms. Wang shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

IT IS FURTHER ORDERED that Ms. Wang must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 30th day of September, 2026.

Kathleen L. DeSoto

Kathleen L. DeSoto
United States Magistrate Judge